UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Kenneth J. Seabrook

                Defendant.

Case No.: 22 MAG 10219   (KPB)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated:    7   day of July, 20 23
White Plains, New York